**Fill in this information to identify the case**

Debtor name **Pappy's Trucks Ltd.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **19-33605-sgj**
(if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future
interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also
include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.
In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and
Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any
pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the
additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the
pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a
fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset
only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the
terms used in this form.

### Part 1:   Cash and cash equivalents

1.   **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**                    **Current value of
debtor's interest**

2.   **Cash on hand**

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **BBVA Compass Checking account** | **Checking account** | 9 7 9 7 | $20.49 |

4.   **Other cash equivalents**     *(Identify all)*

Name of institution (bank or brokerage firm)

5.   **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                    $20.49

### Part 2:   Deposits and prepayments

6.   **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Debtor    **Pappy's Trucks Ltd.**                                    Case number (if known)  **19-33605-sgj**
          _____                                                      _____
          Name

**Current value of debtor's interest**

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9. Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.                                            $0.00

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

11a. 90 days old or less:     _____ – _____ = ...............→  _____
                               face amount         doubtful or uncollectible accounts

11b. Over 90 days old:        _____ – _____ = ...............→  _____
                               face amount         doubtful or uncollectible accounts

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.                       $0.00

## Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

**Valuation method used for current value** | **Current value of debtor's interest**

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.                                          $0.00

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

Debtor **Pappy's Trucks Ltd.**
Name

Case number (if known) **19-33605-sgj**

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor  **Pappy's Trucks Ltd.**
_____
Name

Case number (if known) **19-33605-sgj**
_____

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **See attached Exhibit B-47** | | | $4,881,500.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$4,881,500.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor __**Pappy's Trucks Ltd.**_____     Case number (if known) __**19-33605-sgj**_____
         Name

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.          **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.          **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor **Pappy's Trucks Ltd.**
    Name

Case number (if known)   **19-33605-sgj**

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71. Notes receivable** | |
| Description (include name of obligor) | |
| **72. Tax refunds and unused net operating losses (NOLs)** | |
| Description (for example, federal, state, local) | |
| **73. Interests in insurance policies or annuities** | |
| **Everest Denali Insurance Company**<br>**Commercial Automobile Policy**<br>**Face Value: $1,000,000** | $0.00 |
| **Guide One Insurance**<br>**Excess Liability Policy**<br>**Face Value: $1,000,000** | $0.00 |
| **Everest Denali Insurance Company**<br>**General Liability Policy** | $0.00 |
| **Markel American Insurance Company**<br>**Equipment Insurance Policy** | $0.00 |
| **IFG Companies**<br>**Commercial Inland Marine Policy** | $0.00 |
| **74. Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **75. Other contingent and unliquidated claims or causes of action of every nature,**<br>**including counterclaims of the debtor and rights to set off claims** | |
| **76. Trusts, equitable or future interests in property** | |
| **77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| **78. Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $0.00 |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor   **Pappy's Trucks Ltd.**                                    Case number (if known)   **19-33605-sgj**
_____                               _____
Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1._ | **$20.49** | |
| 81. | **Deposits and prepayments.** _Copy line 9, Part 2._ | **$0.00** | |
| 82. | **Accounts receivable.** _Copy line 12, Part 3._ | **$0.00** | |
| 83. | **Investments.** _Copy line 17, Part 4._ | **$0.00** | |
| 84. | **Inventory.** _Copy line 23, Part 5._ | **$0.00** | |
| 85. | **Farming and fishing-related assets.** _Copy line 33, Part 6._ | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | **$0.00** | |
| 87. | **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | **$4,881,500.00** | |
| 88. | **Real property.** _Copy line 56, Part 9._ ...........................➔ | | **$0.00** |
| 89. | **Intangibles and intellectual property.** _Copy line 66, Part 10._ | **$0.00** | |
| 90. | **All other assets.** _Copy line 78, Part 11._ + | **$0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column.   91a. | **$4,881,520.49** + 91b. | **$0.00** |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ............................................ | | **$4,881,520.49** |

| Unit # | Year | Make | Model | Color | Vin# | Description | Current Market Value | Purchase Price | Original Date Purchased |
|--------|------|------|-------|-------|------|-------------|---------------------|----------------|------------------------|
| 130 | 2016 | KENWORTH | W900 | WHT | 1NKWXPEXXGJ117706 | MIXER | $165,000.00 | $196,728.00 | 10/15/2015 |
| 127 | 2016 | KENWORTH | W900 | WHT | 1NKWX7EX7GJ476608 | MIXER | $165,000.00 | $193,773.00 | 6/19/2015 |
| 126 | 2016 | KENWORTH | W900 | WHT | 1NKWX7EX9GJ476609 | MIXER | $165,000.00 | $193,773.00 | 6/19/2015 |
| 133 | 2016 | KENWORTH | W900 | WHT | 1NKWXPEX6GJ117704 | MIXER | $165,000.00 | $196,728.00 | 9/23/2015 |
| 132 | 2016 | KENWORTH | W900 | WHT | 1NKWXPEX8GJ117705 | MIXER | $165,000.00 | $196,728.00 | 9/29/2015 |
| BT600 | 2017 | TROXELL | | SLVR | 13165K/1T9SS5616HR719318 | TANKER | $50,000.00 | $82,000.00 | 8/31/2017 |
| ED221 | 2018 | MAC | | | 5MADN3824JK044026 | END DUMP | $45,000.00 | $62,800.00 | 8/24/2018 |
| ED222 | 2018 | MAC | | | 5MADN3826JK044027 | END DUMP | $45,000.00 | $62,800.00 | 8/24/2018 |
| 143 | 2017 | KENWORTH | T880 | WHT | 1NKZLP0X2HJ158929 | MIXER | $170,000.00 | $171,418.00 | 7/14/2016 |
| L102 | 2007 | KOMATSU | WA380-6 | YELLOW | A53149 | LOADER | $58,000.00 | | |
| BT300 | 2015 | TRLKNG | | SLVR | 1TKP04220FW026956 | TANKER | $40,000.00 | $64,675.00 | 9/15/2015 |
| P204 | 2015 | WSTNSTR | | BLUE | 5KKXAFCG9FPGN1698 | TRACTOR | $65,000.00 | $116,975.00 | 9/15/2015 |
| 117 | 2007 | INTERNATIONAL | 5600I | WHT | 1HTXHAHT27J411211 | MIXER | $40,000.00 | | |
| 111 | 2007 | INTERNATIONAL | 5600I | WHT | 1HTXHAHT47J411226 | MIXER | $40,000.00 | $146,805.58 | |
| 113 | 2007 | INTERNATIONAL | 5600I | WHT | 1HTXHAHT67J411227 | MIXER | $40,000.00 | $146,377.30 | |
| 115 | 2007 | INTERNATIONAL | 5600I | WHT | 1HTXHAHT77J411401 | MIXER | $40,000.00 | $146,805.58 | |
| 120 | 2007 | INTERNATIONAL | 5600I | WHT | 1HTXHAHT87J536259 | MIXER | $40,000.00 | $146,805.58 | |
| 112 | 2007 | INTERNATIONAL | 5600I | WHT | 1HTXHAHT97J411223 | MIXER | $40,000.00 | $146,377.30 | |
| 114 | 2007 | INTERNATIONAL | 5600I | WHT | 1HTXHAHT97J411397 | MIXER | $40,000.00 | $146,805.58 | |
| 119 | 2007 | INTERNATIONAL | 5600I | WHT | 1HTXHAHTX7J411425 | MIXER | $40,000.00 | $146,805.58 | |
| P202 | 2014 | PTBT | 389 | WHT | 1NPXGGGG10D246241 | TRACTOR | $55,000.00 | | |
| BT200 | 2007 | TRLKNG | | SLVR | 1TKP042237B061192 | TANKER | $30,000.00 | $72,297.60 | |
| BT100 | 2007 | TRLKNG | | SLVR | 1TKP042287B041150 | TANKER | $25,000.00 | $53,449.90 | |
| P197 | 2007 | PTBT | 379 | WHT | 1XP5DB9X37D695002 | TRACTOR | $65,000.00 | $137,293.15 | 8/23/2007 |
| P200 | 2006 | PTBT | 379 | YLW | 1XP5DB9X76D636873 | SLEEPER | $65,000.00 | $92,058.00 | 11/30/2007 |
| P196 | 2007 | PTBT | 379 | WHT | 1XP5DB9X77D660429 | TRACTOR | $55,000.00 | $137,293.15 | 8/23/2007 |
| P198 | 2008 | PTBT | 389 | WHT | 1XPWDB9X08D765206 | TRACTOR | $55,000.00 | $138,608.65 | 11/14/2007 |
| P199 | 2008 | PTBT | 389 | WHT | 1XPWDB9X78D765204 | TRACTOR | $55,000.00 | $139,360.36 | 11/26/2007 |
| 141 | 2017 | KENWORTH | T880 | WHT | 1NKZLP0X9HJ158927 | MIXER | $170,000.00 | $171,418.00 | 8/18/2016 |
| 155 | 2018 | KENWORTH | T880 | WHT | 1NKWXPEX1JJ183827 | MIXER | $170,000.00 | $173,148.00 | 2/24/2017 |
| 146 | 2018 | KENWORTH | T880 | WHT | 1NKZLP0X2JJ181360 | MIXER | $170,000.00 | $173,148.00 | 2/24/2017 |
| 147 | 2018 | KENWORTH | T880 | WHT | 1NKZLP0X4JJ181361 | MIXER | $170,000.00 | $173,148.00 | 2/24/2017 |
| 151 | 2018 | KENWORTH | T880 | WHT | 1NKZLP0X4JJ183823 | MIXER | $170,000.00 | $172,748.00 | 2/24/2017 |
| 148 | 2018 | KENWORTH | T880 | WHT | 1NKZLP0X6JJ181362 | MIXER | $170,000.00 | $172,748.00 | 2/24/2017 |
| 152 | 2018 | KENWORTH | T880 | WHT | 1NKZLP0X6JJ183824 | MIXER | $170,000.00 | $172,748.00 | 2/24/2017 |
| 149 | 2018 | KENWORTH | T880 | WHT | 1NKZLP0X8JJ181363 | MIXER | $170,000.00 | $173,148.00 | 2/24/2017 |
| 153 | 2018 | KENWORTH | T880 | WHT | 1NKZLP0X8JJ183825 | MIXER | $170,000.00 | $172,748.00 | 2/24/2017 |
| 150 | 2018 | KENWORTH | T880 | WHT | 1NKZLP0XXJJ181364 | MIXER | $170,000.00 | $172,748.00 | 2/24/2017 |
| 154 | 2018 | KENWORTH | T880 | WHT | 1NKZLP0XXJJ183826 | MIXER | $170,000.00 | $173,148.00 | 2/24/2017 |
| 128 | 2016 | KENWORTH | W900 | WHT | 1NKWXPEX1GJ117707 | MIXER | $165,000.00 | $195,978.00 | 10/22/2015 |
| 129 | 2016 | KENWORTH | W900 | WHT | 1NKWXPEX1GJ117708 | MIXER | $165,000.00 | $195,978.00 | 10/22/2015 |
| 135 | 2016 | KENWORTH | W900 | WHT | 1NKWXPEX1GJ117709 | MIXER | $165,000.00 | $195,978.00 | 10/22/2015 |
| BT400 | 2015 | TRLKNG | | SLVR | 1TKP04223FW037014 | TANKER | $50,000.00 | $64,000.00 | 5/24/2016 |
| P205 | 2016 | PTBT | | WHT | 2NP2HM6X0GM327825 | CNVNTNL 337 | $82,000.00 | $161,813.62 | 10/16/2015 |
| ED218 | 2016 | VANTAGE | | SLVR | 4E7AA3721GATA5492 | END DUMP | $40,000.00 | $59,561.73 | 4/20/2016 |

# EXHIBIT "B-47"

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ED219 | 2016 | VANTAGE | | SLVR | 4E7AA3723GATA5493 | END DUMP | $40,000.00 | $59,561.73 | 4/22/2016 |
| ED231 | 2017 | MAC | | SLVR | 5MADN3821HK040476 | END DUMP | $45,000.00 | $64,000.00 | 9/28/2016 |
| 145 | 2017 | KENWORTH | T880 | WHT | 1NKZLP0X0HJ158931 | MIXER | $70,000.00 | $171,418.00 | 8/2/2016 |
| BT500 | 2016 | TRLKNG | | SLVR | 1TKP04222GW078557 | TANKER | $40,000.00 | $59,138.50 | 3/31/2017 |
| TH100 | | KOMATSU | PC300HD | YELLOW | 21400 | EXCAVATOR | $20,000.00 | | |
| FL100 | | CHAMP | | YELLOW | 870125 | FORK LIFT | $2,000.00 | | |
| P195 | 1979 | PTBT | 359 | BROWN | 116220P | TRACTOR | $5,000.00 | | 3/20/2007 |
| P208 | 1979 | PTBT | | BLUE | 116662P | TRACTOR | $5,000.00 | | |
| P206 | 1979 | PTBT | 359 | SLVR | 121071KP | TRACTOR | $5,000.00 | | |
| VT230 | 2009 | JACK | VACUUM TRL | BLUE | 1J9TA432101364326 | VACUUM | $1,500.00 | | |
| P203 | 2005 | MACK | CHN613 | WHT | 1M1AK06Y05N002532 | TRACTOR | $25,000.00 | | |
| P207 | 1981 | MACK | | RED/WHITE | 1M2N178Y9BA070675 | TRACTOR | $5,000.00 | | |
| P201 | 1984 | PTBT | | WHT | 1XP9D29X6EP166317 | SLEEPER | $5,000.00 | | |
| P210 | 1986 | PTBT | 359 | RED | 1XP9D29X8GN198622 | | $5,000.00 | | |
| P209 | 1984 | PTBT | | GREEN | 1XP9DB9XXEP165249 | TRACTOR | $18,000.00 | | |
| ED220 | 2014 | ROADMASTER | | SLVR | 5TU243223ES000124 | END DUMP | $30,000.00 | | 5/17/2017 |
| | | | | | | | **$4,881,500.00** | **$6,463,866.89** | |

**Fill in this information to identify the case:**

Debtor name    **Pappy's Trucks Ltd.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number   **19-33605-sgj**
(if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1.**   **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2.**   **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

| **Creditor's name**<br>**Advantage Funding** | **Describe debtor's property that is subject to a lien**<br>**2016 Kenworth W900 Mixer-Bridgeking** | $84,097.62 | $84,097.62 |
|---|---|---|---|
| **Creditor's mailing address**<br>**3 Dakota Drive, Suite 210** | **Describe the lien**<br>**Business Debt / Agreement** | | |
| | **Is the creditor an insider or related party?** | | |
| **Lake Success    NY   11042** | ☑ No<br>☐ Yes | | |
| **Creditor's email address, if known** | | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☑ No | | |
| **Last 4 digits of account number    7 6 0 7** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply. | | |
| ☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

**3.**   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $2,755,808.71

| Debtor | **Pappy's Trucks Ltd.** | Case number (if known) **19-33605-sgj** |

| Part 1: | **Additional Page** |

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

**2.2**

**Creditor's name**
**All Wheels**

**Creditor's mailing address**
**500 Ford Road**

**Minneapolis          MN    55426**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account
number          9   2   5   1**

**Do multiple creditors have an interest in
the same property?**

☑ No
☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
   creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
   specified on lines _____

**Describe debtor's property that is
subject to a lien**

**2016 Kenworth W900 Mixer-Bridgeking**

**Describe the lien**

**Business Debt / Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$42,097.45          $42,097.45

**2.3**

**Creditor's name**
**All Wheels**

**Creditor's mailing address**
**500 Ford Road**

**Minneapolis          MN    55426**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account
number          9   2   5   0**

**Do multiple creditors have an interest in
the same property?**

☑ No
☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
   creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
   specified on lines _____

**Describe debtor's property that is
subject to a lien**

**2016 Kenworth W900 Mixer-Bridgeking**

**Describe the lien**

**Business Debt / Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$42,097.45          $42,097.45

Debtor **Pappy's Trucks Ltd.**                    Case number (if known) **19-33605-sgj**

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

| | | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.4** Creditor's name
**BMO Transportation Finance**

Creditor's mailing address
**PO Box 71951**

_____

**Chicago           IL    60694**

Creditor's email address, if known

_____

Date debt was incurred        _____

Last 4 digits of account
number            **5   0   0   3**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

**2016 Kenworth W900 Mixer-Bridgeking**

Describe the lien

**Business Debt / Agreement**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$87,389.80          $87,389.80

**2.5** Creditor's name
**BMO Transportation Finance**

Creditor's mailing address
**PO Box 71951**

_____

**Chicago           IL    60694**

Creditor's email address, if known

_____

Date debt was incurred        _____

Last 4 digits of account
number            **5   0   0   2**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

**2016 Kenworth W900 Mixer-Bridgeking**

Describe the lien

**Business Debt / Agreement**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$85,768.11          $85,768.11

Debtor **Pappy's Trucks Ltd.**                     Case number (if known) **19-33605-sgj**

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| **2.6** | Creditor's name<br>**CIT Bank, NA** | Describe debtor's property that is<br>subject to a lien | **$58,367.59** | **$58,367.59** |

Creditor's mailing address
**21146 Network Place**

_____

**Chicago          IL    60673**

Creditor's email address, if known

_____

**Date debt was incurred**        _____

Last 4 digits of account
number            **0   8   3   5**

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
    creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
    specified on lines _____

Describe debtor's property that is
subject to a lien

**2017 Troxell Pig Storage Trailer**

Describe the lien

**Business Debt / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.7** | Creditor's name<br>**CIT Bank, NA** | Describe debtor's property that is<br>subject to a lien | **$89,401.95** | **$89,401.95** |

Creditor's mailing address
**21146 Network Place**

_____

**Chicago          IL    60673**

Creditor's email address, if known

_____

**Date debt was incurred**        _____

Last 4 digits of account
number            **9   9   4   2**

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
    creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
    specified on lines _____

Describe debtor's property that is
subject to a lien

**2018 Mac End Trailer End Dump**

Describe the lien

**Business Debt / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor **Pappy's Trucks Ltd.**                    Case number (if known) **19-33605-sgj**

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.8** Creditor's name
**First Midwest Equipment Finance Co.**

Creditor's mailing address
**80 N. Gordon**

**Elk Grove Village      IL      60007**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account
number            **4   0   0   2**

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
    creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
    specified on lines _____

Describe debtor's property that is
subject to a lien

**2017 Kenworth T880 Mixer-CTM Extreme Duty Mixer**

Describe the lien

**Business Debt / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$92,785.81**      **$90,313.92**

**2.9** Creditor's name
**LCA Bank Corporation**

Creditor's mailing address
**PO Box 1650**

**Troy             MI      48099**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account
number            **5   0   0   1**

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
    creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
    specified on lines _____

Describe debtor's property that is
subject to a lien

**2015 Trailking Trailer Tanker**

Describe the lien

**Business Debt / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$23,077.94**      **$23,077.94**

Debtor **Pappy's Trucks Ltd.**                                      Case number (if known) **19-33605-sgj**

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.10** Creditor's name
**LCA Bank Corporation**

Creditor's mailing address
**PO Box 1650**

_____

**Troy**             **MI**   **48099**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account
number          **5   0   0   2**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

 ☐ No.  Specify each creditor, including this
 creditor, and its relative priority.

 ☐ Yes.  The relative priority of creditors is
 specified on lines _____

Describe debtor's property that is
subject to a lien                                          **$41,721.19**         **$41,739.60**

**2015 Westernstar Day Cab Tractor**

Describe the lien
**Business Debt / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.11** Creditor's name
**Old Second National Bank**

Creditor's mailing address
**37 South River Street**

_____

**Aurora**           **IL**   **60506**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account
number          **7   8   5   4**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

 ☐ No.  Specify each creditor, including this
 creditor, and its relative priority.

 ☐ Yes.  The relative priority of creditors is
 specified on lines _____

Describe debtor's property that is
subject to a lien                                          **$72,546.54**         **$72,546.54**

**2017 Kenworth T880 Mixer-CTM Extreme Duty Mixer**

Describe the lien
**Business Debt / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    **Pappy's Trucks Ltd.**                                    Case number (if known) **19-33605-sgj**

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|--|----------|----------|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the
value of collateral.

*Column B*
**Value of collateral
that supports
this claim**

**2.12**  Creditor's name
**People's Capital and Leasing Corp.**

Creditor's mailing address
**PO Box 0254**

_____

**Brattleboro          VT    05302**

Creditor's email address, if known

_____

Date debt was incurred          _____

Last 4 digits of account
number            **7   0   0   1**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**5 - 2018 Kenworth T880 Mixer**

Describe the lien

**Business Debt / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$600,327.17**          **$600,327.17**

**2.13**  Creditor's name
**People's Capital and Leasing Corp.**

Creditor's mailing address
**PO Box 0254**

_____

**Brattleboro          VT    05302**

Creditor's email address, if known

_____

Date debt was incurred          _____

Last 4 digits of account
number            **7   0   0   2**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**2018 Kenworth T880 Mixer**

Describe the lien

**Business Debt / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$120,044.51**          **$120,044.51**

Debtor **Pappy's Trucks Ltd.**                                        Case number (if known) **19-33605-sgj**

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|---|

**2.14** Creditor's name
**People's Capital and Leasing Corp.**

Describe debtor's property that is subject to a lien

**2018 Kenworth T880 Mixer**                   $120,112.28          $120,112.28

Creditor's mailing address
**PO Box 0254**

Describe the lien

**Business Debt / Agreement**

Is the creditor an insider or related party?

**Brattleboro        VT      05302**

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account
number            **7    0    0    5**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**2.15** Creditor's name
**People's Capital and Leasing Corp.**

Describe debtor's property that is subject to a lien

**2018 Kenworth T880 Mixer**                   $120,096.29          $120,096.29

Creditor's mailing address
**PO Box 0254**

Describe the lien

**Business Debt / Agreement**

Is the creditor an insider or related party?

**Brattleboro        VT      05302**

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account
number            **7    0    0    4**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor    **Pappy's Trucks Ltd.**      Case number (if known) **19-33605-sgj**

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
|---|---|---|---|---|

**2.16**   Creditor's name
**People's Capital and Leasing Corp.**

Creditor's mailing address
**PO Box 0254**

_____

**Brattleboro     VT    05302**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account
number     **7   0   0   6**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes. Have you already specified the
     relative priority?

    ☐ No. Specify each creditor, including this
      creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is
      specified on lines _____

Describe debtor's property that is
subject to a lien

**2018 Kenworth T880 Mixer**

Describe the lien

**Business Debt / Agreement**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

     $120,128.06      $120,128.06

---

**2.17**   Creditor's name
**People's Capital and Leasing Corp.**

Creditor's mailing address
**PO Box 0254**

_____

**Brattleboro     VT    05302**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account
number     **7   0   0   3**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes. Have you already specified the
     relative priority?

    ☐ No. Specify each creditor, including this
      creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is
      specified on lines _____

Describe debtor's property that is
subject to a lien

**2018 Kenworth T880 Mixer**

Describe the lien

**Business Debt / Agreement**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

     $120,060.39      $120,060.39

| Debtor | **Pappy's Trucks Ltd.** | Case number (if known) **19-33605-sgj** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | Column A | Column B |
|---|---|---|
| | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral**<br>**that supports**<br>**this claim** |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.18**

| Creditor's name | Describe debtor's property that is | $66,254.82 | $62,951.92 |
|---|---|---|---|
| **Prosperity Bank** | **subject to a lien** | | |

**Creditor's mailing address**
**1205 N. Navarro Street**

Describe debtor's property that is
subject to a lien
**2016 Kenworth W900 Mixer**

Describe the lien
**Business Debt / Agreement**

**Victoria            TX    77901**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account**
**number**        **7    4    9    3**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in**
**the same property?**
☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

**2.19**

| Creditor's name | Describe debtor's property that is | $66,254.82 | $66,254.82 |
|---|---|---|---|
| **Prosperity Bank** | **subject to a lien** | | |

**Creditor's mailing address**
**1205 N. Navarro Street**

Describe debtor's property that is
subject to a lien
**2016 Kenworth W900 Mixer**

Describe the lien
**Business Debt / Agreement**

**Victoria            TX    77901**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account**
**number**        **7    4    9    4**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in**
**the same property?**
☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

Debtor **Pappy's Trucks Ltd.**

Case number (if known) **19-33605-sgj**

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
| --- | --- | --- | --- | --- |

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

**2.20** **Creditor's name**
**Prosperity Bank**

**Describe debtor's property that is
subject to a lien**

$25,700.72      $25,700.72

**Creditor's mailing address**
**1205 N. Navarro Street**

**2015 Trailking Tanker**

**Describe the lien**

**Business Debt / Agreement**

**Is the creditor an insider or related party?**

**Victoria**     **TX**   **77901**

☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account
number**    **1**   **3**   **3**   **2**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in
the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Have you already specified the
relative priority?

     ☐ No. Specify each creditor, including this
creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is
specified on lines _____

**2.21** **Creditor's name**
**Prosperity Bank**

**Describe debtor's property that is
subject to a lien**

$66,250.09      $62,947.16

**Creditor's mailing address**
**1205 N. Navarro Street**

**2016 Kenworth W900 Mixer**

**Describe the lien**

**Business Debt / Agreement**

**Is the creditor an insider or related party?**

**Victoria**     **TX**   **77901**

☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account
number**    **7**   **4**   **9**   **0**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in
the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Have you already specified the
relative priority?

     ☐ No. Specify each creditor, including this
creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is
specified on lines _____

Debtor **Pappy's Trucks Ltd.**   Case number (if known) **19-33605-sgj**

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral** |
| | | Do not deduct the value of collateral. | **that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.22**   Creditor's name
**Prosperity Bank**

Creditor's mailing address
**1205 N. Navarro Street**

**Victoria                    TX    77901**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account
number          **0   5   6   8**

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien
**2016 Vantage End Dump**

Describe the lien
**Business Debt / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| $24,726.58 | $24,726.58 |

**2.23**   Creditor's name
**Prosperity Bank**

Creditor's mailing address
**1205 N. Navarro Street**

**Victoria                    TX    77901**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account
number          **0   7   6   4**

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien
**2016 Vantage End Dump**

Describe the lien
**Business Debt / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| $24,738.55 | $24,738.55 |

| Debtor | **Pappy's Trucks Ltd.** | Case number (if known) **19-33605-sgj** |

| **Part 1:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |

---

**2.24**

**Creditor's name**
**Prosperity Bank**

**Creditor's mailing address**
**1205 N. Navarro Street**

**Victoria          TX   77901**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account
number**          **3   4   0   3**

**Do multiple creditors have an interest in
the same property?**

☑ No
☐ Yes. Have you already specified the
relative priority?

   ☐ No. Specify each creditor, including this
creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is
subject to a lien**

**2017 Mac End Dump**

**Describe the lien**

**Business Debt / Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$29,450.10**      Column B: **$29,450.10**

---

**2.25**

**Creditor's name**
**Prosperity Bank**

**Creditor's mailing address**
**1205 N. Navarro Street**

**Victoria          TX   77901**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account
number**          **7   3   0   2**

**Do multiple creditors have an interest in
the same property?**

☑ No
☐ Yes. Have you already specified the
relative priority?

   ☐ No. Specify each creditor, including this
creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is
subject to a lien**

**2016 Peterbilt Conventional 337**

**Describe the lien**

**Business Debt / Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$49,187.56**      Column B: **$49,187.56**

---

Debtor **Pappy's Trucks Ltd.**                    Case number (if known) **19-33605-sgj**

| Part 1: | Additional Page | | | Column A | Column B |
|---|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

---

**2.26**

Creditor's name
**Siemens Financial Services, Inc.**

Creditor's mailing address
**PO Box 2083**

**Carol Stream.        IL      60132**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number        **2  0  0  0**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**2017 Kenworth T880 Mixer**

Describe the lien
**Business Debt / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$101,214.25**        **$101,214.25**

---

**2.27**

Creditor's name
**Simmons Bank**

Creditor's mailing address
**PO Box 8012**

**Little Rock        AR    72203**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number        **3  5  2  4**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**2016 Trailking Tanker**

Describe the lien
**Business Debt / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$37,546.49**        **$37,546.49**

---

| Debtor | **Pappy's Trucks Ltd.** | Case number (if known) **19-33605-sgj** |
| --- | --- | --- |

| Part 1: | Additional Page | | Column A | Column B |
| --- | --- | --- | --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- | --- | --- |

**2.28**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | **$344,364.58** | **$344,364.58** |
| --- | --- | --- | --- |
| Simmons Bank | | | |

**Creditor's mailing address**
PO Box 8012

**Mixers/Sleeper/Tractors/Tankers**

**Describe the lien**
**Business Debt / Agreement**

Little Rock          AR    72203

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**      4   7   3   2

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor **Pappy's Trucks Ltd.**                    Case number (if known) **19-33605-sgj**

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Evan S. Goldstein** | Line **2.17** | ___ ___ ___ ___ |
| **Updike Kelly & Spellacy, PC** | | |
| **100 Pearl Street, 17th Floor** | | |
| **Hartford**        **CT**    **06103** | | |
| **Evan S. Goldstein** | Line **2.16** | ___ ___ ___ ___ |
| **Updike Kelly & Spellacy, PC** | | |
| **100 Pearl Street, 17th Floor** | | |
| **Hartford**        **CT**    **06103** | | |
| **Evan S. Goldstein** | Line **2.15** | ___ ___ ___ ___ |
| **Updike Kelly & Spellacy, PC** | | |
| **100 Pearl Street, 17th Floor** | | |
| **Hartford**        **CT**    **06103** | | |
| **Evan S. Goldstein** | Line **2.14** | ___ ___ ___ ___ |
| **Updike Kelly & Spellacy, PC** | | |
| **100 Pearl Street, 17th Floor** | | |
| **Hartford**        **CT**    **06103** | | |
| **Evan S. Goldstein** | Line **2.13** | ___ ___ ___ ___ |
| **Updike Kelly & Spellacy, PC** | | |
| **100 Pearl Street, 17th Floor** | | |
| **Hartford**        **CT**    **06103** | | |
| **Evan S. Goldstein** | Line **2.12** | ___ ___ ___ ___ |
| **Updike Kelly & Spellacy, PC** | | |
| **100 Pearl Street, 17th Floor** | | |
| **Hartford**        **CT**    **06103** | | |

**Fill in this information to identify the case:**

Debtor    **Pappy's Trucks Ltd.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number   **19-33605-sgj**
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **$50.14** | **$50.14** |

**Internal Revenue Service**

**Centralized Insolvency Operations**

**PO Box 7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Philadelphia**    **PA**    **19101-7346**

Basis for the claim:
**Taxes**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **8** )

| Debtor | **Pappy's Trucks Ltd.** | Case number (if known) | **19-33605-sgj** |

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $196,287.14 |

**First Insurance Funding**

**PO Box 7000**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Carol Stream | IL | 60197-7000 |

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  **8  7  1  0**

☒ No
☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.99 |

**NTTA**

**P.O. Box 260928**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Plano | TX | 75026-0928 |

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  **9  4  2  1**

☒ No
☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110,815.92 |

**Pappy's Sand & Gravel**

**PO Box 307**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Scurry | TX | 75158 |

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☒ No
☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,884,160.60 |

**PLES Investments**

**PO Box 307**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Scurry | TX | 75158 |

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☒ No
☐ Yes

Debtor **Pappy's Trucks Ltd.**      Case number (if known) **19-33605-sgj**

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:     **$2,220.62**
*Check all that apply.*

**Self Radio, Inc.**

**PO Box 76**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Montague**    **TX**    **76251**

**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

- ☑ No
- ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:     **$300,000.00**
*Check all that apply.*

**Small Business Financial Solutions, LLC**

**c/o Rapid Finance**

**Attn: Vanessa M. Petty**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**4500 E. West Highway, 6th Floor**

**Basis for the claim:**

**Bethesda**    **MD**    **20814**

**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

- ☑ No
- ☐ Yes

Debtor    **Pappy's Trucks Ltd.**                                    Case number (if known)    **19-33605-sgj**

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a.    **$50.14** |
| 5b. | **Total claims from Part 2** | 5b. **+**    **$2,493,502.27** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.    **$2,493,552.41** |

**Fill in this information to identify the case:**

Debtor name  **Pappy's Trucks Ltd.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number  **19-33605-sgj**                Chapter  **11**
(if known)

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☑ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

    ☐ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**Fill in this information to identify the case:**

Debtor name **Pappy's Trucks Ltd.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **19-33605-sgj**
(if known)

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

    ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☑ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1** John Reeder (Deceased) | **11430 CR 4017**<br>Number   Street<br><br>**Kemp**     **TX**   **75143**<br>City         State   ZIP Code | **Small Business Financial Solutions, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| **2.2** Pappy's Sand & Gravel | **PO Box 307**<br>Number   Street<br>**Scurry, X 75158**<br><br>City         State   ZIP Code | **Small Business Financial Solutions, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| **2.3** PLES Investments, LLC | **13851 S. State Highway 34**<br>Number   Street<br><br>**Scurry**     **TX**   **75158**<br>City         State   ZIP Code | **Small Business Financial Solutions, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| **2.4** Reeder Iinvestments, LLC | **13851 S. State Highway 34**<br>Number   Street<br><br>**Scurry**     **TX**   **75158**<br>City         State   ZIP Code | **Small Business Financial Solutions, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| **2.5** Top Cat Ready Mix, LC | **2040 Dowdy Ferry Road**<br>Number   Street<br><br>**Dallas**     **TX**   **75219**<br>City         State   ZIP Code | **Small Business Financial Solutions, LLC** | ☐ D<br>☑ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name   **Pappy's Trucks Ltd.**

United States Bankruptcy Court for the:   **NORTHERN DISTRICT OF TEXAS**

Case number (if known):   **19-33605-sgj**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a.  **Real property:**
   Copy line 88 from Schedule A/B............................................................................................... **$0.00**

   1b.  **Total personal property:**
   Copy line 91A from Schedule A/B.............................................................................................. **$4,881,520.49**

   1c.  **Total of all property**
   Copy line 92 from Schedule A/B............................................................................................... **$4,881,520.49**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.................................... **$2,755,808.71**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a.  **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F........................................................... **$50.14**

   3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................ **+  $2,493,502.27**

4.  **Total liabilities**
   Lines 2 + 3a + 3b.............................................................................................................................. **$5,249,361.12**

**Fill in this information to identify the case and this filing:**

Debtor Name **Pappy's Trucks Ltd.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **19-33605-sgj**
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/13/2019**    **X** **/s/ Bryan Huddleston**
　　　　　　 MM / DD / YYYY 　　　　Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　**Bryan Huddleston**
　　　　　　　　　　　　　　　　　Printed name
　　　　　　　　　　　　　　　　　**President**
　　　　　　　　　　　　　　　　　Position or relationship to debtor