Craig J. Luffy SBN 00795490
Philip D. Collins SBN 04616200
PHILIP D. COLLINS & ASSOCIATES, P.C.
9330 LBJ Freeway, Suite 810
Dallas, TX 75243
(469)-453-4600   FAX: (469) 453-4611
luffy@pdcollinslaw.com; pdcollins@pdcollinslaw.com
ATTORNEYS FOR LCA BANK CORPORATION

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. **19-33605-sgj-11** |
| PAPPY'S TRUCKS, LTD. § | |
|    DEBTOR § | CHAPTER 11 |
| § | |
| LCA BANK CORPORATION § | |
|    MOVANT § | **Preliminary Hearing Scheduled** |
| § | for June 4, 2020 at 1:30 p.m. |
| § | |
| v. § | |
| § | |
| PAPPY'S TRUCKS, LTD. § | |
|    RESPONDENT § | |

## NOTICE OF PRELIMINARY HEARING ON MOTION OF
## LCA BANK CORPORATION FOR RELIEF FROM AUTOMATIC STAY

PLEASE TAKE NOTICE that a preliminary hearing on the Motion of LCA Bank Corporation for Relief from Automatic Stay has been set for preliminary hearing on June 4, 2020 at 1:30 p.m. before the Honorable Stacey G. C. Jernigan, United States Bankruptcy Judge, Room 1428, 1100 Commerce Street, Room 1428, Dallas, Texas 75242.

                          Respectfully submitted,

                          PHILIP D. COLLINS & ASSOCIATES, P.C.

                          By: /s/ Craig J. Luffy
                              CRAIG J. LUFFY
                              State Bar No. 00795490

9330 LBJ Freeway, Suite 810
Dallas, TX 75243
(469)-453-4600   FAX: (469) 453-4611
luffy@pdcollinslaw.com
ATTORNEYS FOR LCA BANK CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice has been filed electronically with the Clerk of the Court using the CM/ECF system. Notice of the filing has been electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the electronic filing procedures in this District and to parties listed below via first class mail, postage prepaid, pursuant to L.B.R. 4001-1(a) on the 6th day of May, 2020.

/s/ Craig J. Luffy
CRAIG J. LUFFY

United States Trustee
1100 Commerce Street, Rm. 976
Dallas, TX 75274

Joyce W. Lindauer
12720 Hillcrest Road, Ste. 625
Dallas, TX 75230

Pappy's Trucks,
Ltd. P.O. Box 307
Scurry, TX 75158

20 Largest Unsecured Creditors

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

NTTA
P.O. Box 260928
Plano, TX 75026-0928

First Insurance Funding
PO Box 7000
Carol Stream, IL 60197-7000

Pappy's Sand & Gravel
PO Box 307
Scurry, TX 75158

Small Business Financial Solutions LLC
Attn: Vanessa M. Petty
4500 E. West Highway, 6th Floor
Bethesda, MD 20814

Self Radio, Inc.
P.O. Box 76
Montague, TX 76251

PLES Investments
PO Box 307
Scurry, TX 75158

And all other persons or entities who have filed an appearance and requested notice in this case.

/s/ Craig J. Luffy
CRAIG J. LUFFY